# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ROBERT CASAR and MICHAEL FINK, | ) |
| Plaintiffs, | ) Civil Action No. 1:23-cv-950 |
| v. | ) Judge Charles Esque Fleming |
| CRUNCHBASE, INC., | ) Magistrate Judge Jonathan D. Greenberg |
| Defendant. | ) |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiffs, Robert Casar and Michael Fink, and Defendant, Crunchbase, Inc., through their undersigned attorneys, hereby stipulate to the dismissal of this action without prejudice, and without costs.

Respectfully submitted,

For Plaintiff:

/s/ Wallace C. Solberg
Wallace C. Solberg
Brain J. Wanca
Ryan M. Kelly
Anderson & Wanca
3701 Algonquin Road, Ste. 500
Rolling Meadows, Illinois 60008
Tel: (847) 368-1501
Fax: (847) 368-1501
wsolberg@andersonwanca.com
bwanca@andersonwanca.com
rkelly@andersonwanca.com

IT IS SO ORDERED.
s/Charles E. Fleming
United States District Judge
Dated: August 6, 2024

For Defendant:

/s/ Aneca E. Lasley (with permission)
Aneca E. Lasley (0072366)
Kishala Srivastava (0098807)
ICE MILLER LLP
250 West Street, Suite 700
Columbus, Ohio 43215-7509
Tel: (614) 232-1085
Fax: (614) 232-6899
Aneca.Lasley@icemiller.com
Kishala.Srivastava@icemiller.com

Bart Murphy (admitted *pro hac vice*)
ICE MILLER LLP
200 West Madison, Suite 3500
Chicago, Illinois 60606
Tel: (630) 955-6392
Fax: (630) 955-4271
Bart.Murphy@icemiller.com